02-12-307-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00307-CV 

 

 


 
 
 My485, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Riverside Partners, LLC, d/b/a The Riverside
 Company and HealthcareFirst, Inc.
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 67th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

Appellant
filed a timely notice of appeal from the trial court=s July
5, 2012 “Order Granting Defendants’ Motion For Summary Judgment Of No Liability.” 
The trial court subsequently granted appellant’s
motion for new trial on September 3, 2012, while it still had plenary
jurisdiction over the case.  See Tex. R. Civ. P. 329b(e).

On
September 5, 2012, we informed the parties that it appeared the trial court=s
granting of the motion for new trial rendered this appeal moot and that the
appeal would be dismissed as moot unless, on or before September 17, 2012, any
party desiring to continue the appeal filed a response showing grounds for
continuing the appeal.  Appellant responded on September 11, 2012, agreeing
that the appeal should be dismissed as moot. 

Accordingly,
on this court=s own motion, we dismiss the appeal as
moot.  See Tex. R. App. P. 42.3(a),
43.2(f).

 

PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:
 September 20, 2012

 

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-12-00370-CV

 

 


 
 
 In
 re W.H. 
  
  
  
  
  
  
 
 
 §
  
 §
  
 §
  
  
 §
  
 §
  
 
 
 Original
 Proceeding
  
 From the 431st District
 Court
  
 of
 Denton County (2001-61131-393)
  
 September
 17, 2012
  
 Opinion
 by Justice Gardner
 
 


 

JUDGMENT

 

This
court has considered Relator’s petition for writ of habeas corpus and is of the
opinion that relief should be granted in part.

The
trial court’s August 24 and 27, 2012 commitment orders are void to the extent
that they withhold good-time credit in connection with Relator’s thirty-six day
concurrent jail sentences.  Therefore, we modify these two commitment orders to
delete the phrase “without good time credit” in each order.  We deny all other
relief requested by Relator.

          

 

It
is further ordered that each party shall bear their own costs of this
proceeding, for which let execution issue.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

 

By_________________________________

   
Justice Anne Gardner

 








 

 









[1]See Tex. R. App. P. 47.4.